Filed 11/7/13  P. v. Williams CA5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

**IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA**

**FIFTH APPELLATE DISTRICT**

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | F065719 |
| v. | (Super. Ct. Nos. 11CM3946 & 11CM2989) |
| DARRELL WILLIAMS, | |
| Defendant and Appellant. | **OPINION** |

**THE COURT**[*]

APPEAL from a judgment of the Superior Court of Kings County.  Robert Shane Burns, Judge.

Deborah Prucha, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]     Before Kane, Acting P.J., Poochigian, J., and Peña, J.

Appellant, Darrell Williams, pled guilty in case No. 11CM3946 to petty theft with a prior (Pen. Code, § 666), and in case No. 11CM2989, he admitted violating his probation. Following independent review of the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436, we affirm.

## FACTUAL AND PROCEDURAL HISTORY

On August 17, 2011, Williams was detained outside a Wal-Mart in Hanford after he took a bottle of vodka and some candy bars from the store, concealed in his pants. (Case No. 11CM2989.)

On October 5, 2011, Williams pled no contest in case No. 11CM2989 to petty theft (Pen. Code, § 484, subd. (a)) and was placed on misdemeanor probation for three years.

On October 25, 2011, a store clerk at Cost Less Foods in Hanford observed Williams, who was in a motorized wheelchair, place a package of meat under his shirt and exit the store. Williams was then approached by store security and escorted back into the store. (Case No. 11CM2946.)

On December 7, 2011, the district attorney filed a complaint in case No. 11CM2946 charging Williams with petty theft with a prior and a prior prison term enhancement (Pen. Code, § 667.5, subd. (b)).

On April 18, 2012, in case No. 11CM3946, Williams pled guilty to the petty theft offense in exchange for the dismissal of the prior prison term enhancement. Williams also admitted violating his probation in case No. 11CM2989.

On May 29, 2012, in case No. 11CM3946, the court sentenced Williams to a three-year local term with one year to be served on mandatory supervision through the probation department and awarded him presentence custody credit of 24 days, 12 days of presentence actual custody credit and 12 days of presentence conduct credit. In case No. 11CM2989, the court sentenced Williams to a concurrent sentence of 180 days and

2

awarded him presentence custody credit of 25 days, 13 days of presentence actual custody credit and 12 days of presentence conduct credit.

Williams's appellate counsel has filed a brief which summarizes the facts, with citations to the record, raises no issues, and asks this court to independently review the record.  (*People v. Wende*, *supra*, 25 Cal.3d 436.)  Williams has not responded to this court's invitation to submit additional briefing.

Following an independent review of the record, we find that no reasonably arguable factual or legal issues exist.

## **DISPOSITION**

The judgment is affirmed.